JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.S., a Minor; and R.R., a Minor, | CV 22-2508 PA (PVCx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| OFFICER ARMANDO PATINO; OFFICER FRAZIER GODINEZ, and DOES 1-10 inclusive, | |
| Defendants. | |

Pursuant to the Court's May 5, 2022 Minute Order, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: May 5, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE